IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                       Plaintiff,

    v.

MARCUS KILGORE,

                       Defendant.

ORDER

08-cr-38-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At the hearing set for consideration of defendant Marcus Kilgore's motion to withdraw his plea, defendant decided to withdraw the motion and to enter a conditional plea of guilty. Sentencing was rescheduled for Friday, January 9, 2009, at 2:20 p.m.

Entered this 5th day of January, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1